UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ZURICH AMERICAN INSURANCE COMPANY,
d/b/a Schreiber Foods, Inc., and
SCHREIBER FOODS, INC.,

       Plaintiffs,

      v.                                    Case No. 23-C-548

INTERSTATE LEASING LLC,
d/b/a I-44 Cold Storage,

       Defendant.

---

## ORDER

---

The court has been advised by counsel that a settlement has been reached in this action. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with the parties' agreement. Therefore, all pending motions are **DENIED AS MOOT**.

**IT IS ORDERED** that within thirty (30) days from the date of this order, counsel shall file a motion to dismiss this cause or a stipulation of dismissal. Failure to comply with this order may result in dismissal with prejudice pursuant to Civil Local Rule 41(c) for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement document may be granted *if requested in writing prior to the expiration of this time period*.

Dated at Green Bay, Wisconsin this 13th day of September, 2023.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge